PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIEARA MUNOZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHARPSPRING INC., a Delaware corporation d/b/a SHARPSPRING.COM;<br><br>Defendants. | Case No. 3:23-cv-01130-JES-BLM<br>Assigned to Honorable James E. Simmons<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: June 16, 2023 |

NOTICE OF VOLUNTARY DISMISSAL

TO THE COURT, CLERK AND ALL PARTIES OF RECORD, please take notice that Plaintiff Cieara Munoz ("Plaintiff") hereby dismisses the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ***with prejudice*** as to the Plaintiff's individual claims. For the avoidance of doubt, this dismissal is without prejudice as to the claims of any putative class member referenced in the instant action other than Plaintiff.

Respectfully submitted,

Dated: September 18, 2023

PACIFIC TRIAL ATTORNEYS

By: */s/ Scott J. Ferrell*
Scott J. Ferrell
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2023, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.